IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAWRENCE DARNELL BULLOCK, JR., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 5:21-cv-00444-FL ) |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Defendant, Kilolo Kijakazi, Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the

Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

This 30th day of June, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge